UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| ERIC DION CALDWELL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's motion to amend the consent order and judgment of forfeiture filed on April 18, 2008, (Doc. No. 16), pursuant to Fed. R. Crim. P. 32.2(c), to account for the third-party interest of Timothy Jude Sielaff.

The government has established that one of the subject firearms was stolen from Mr. Sielaff. Thus, the Court finds good cause for the requested relief.

**IT IS THEREFORE ORDERED** that the Consent Order and Judgment of Forfeiture, filed April 18, 2008, (Doc. No. 16), is amended to account for the ownership interest of Mr. Sielaff in one Glock .40 caliber pistol, model 237, serial number FZZ537, which was stolen from him.

Signed: December 22, 2008

Robert J. Conrad, Jr.
Chief United States District Judge