IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00011-RJC

| | |
|---|---|
| ERIC DION CALDWELL ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |

**THIS MATTER** is before the Court upon granting Petitioner's Motion to Vacate a portion of his sentence. (Case No. 3:12-cv-471, Doc. No. 11: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Eric Dion Caldwell (Reg. No. 22497-058) present in Charlotte, North Carolina forthwith, but not later than August 13, 2015, at 9 a.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 20, 2015

Robert J. Conrad, Jr.
United States District Judge